UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 20-2079 (JS) |
| | : | |
| v. | : | SEALING ORDER |
| | : | |
| SULAIMAN FOLA DOSUNMU | : | |

This matter having come before the Court upon the application of the United States of America, by Craig Carpenito, United States Attorney (Patrick C. Askin, Assistant United States Attorney, appearing) for an order sealing the Complaint and related papers in this matter, and for good cause shown,

IT IS on this 24th day of June 2020,

ORDERED that the Complaint in this matter, Arrest Warrant and all related papers, with the exception of the copies thereof, be filed under seal, and they are hereby sealed until the arrest of the defendant or until further order of this Court.

_____
HON. JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE